OPINION — AG — THERE IS NOT LEGAL INHIBITION AGAINST THE EMPLOYMENT OF THE TEACHER REFERRED TO IN YOUR LETTER (WIFE IS A SISTER OF ONE OF THE MEMBERS OF THE SCHOOL BOARD) BY REASON OF HIS RELATIONSHIP TO THE MEMBER OF THE BOARD OF EDUCATION OF THE TOWN OF WAPANUCKA. CITE: OPINION NO. MARCH 9, 1936 — GINDER, OPINION NO. APRIL 23, 1937 — COUNTS, 21 O.S. 481 [21-481] ** NEPOTISM LAWS ** (J. HARRY JOHNSON)